**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**KARA M. CARELLA,**

    **Plaintiff,**

**v.**                                                        **Case No: 5:16-cv-382-Oc-10PRL**

**COMMISSIONER OF SOCIAL**
**SECURITY**

    **Defendant.**

## ORDER

This case is before the Court for consideration of Plaintiff's unopposed motion to extend time to March 10, 2017 for filing objections to the Report and Recommendation (Doc. 19). By motion filed March 10, 2017, counsel recites that Plaintiff's objections were due March 9, 2017, and that counsel was unable to complete the objections due to a religious obligation on March 9, 2017.

Although Plaintiff's unopposed request for an extension (Doc. 19) is **GRANTED**, counsel is reminded that motions for extension of time filed past the deadline are disfavored. Plaintiff's objections (Doc. 20) shall be deemed timely filed.

**DONE** and **ORDERED** in Ocala, Florida on March 13, 2017.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

- 2 -

Counsel of Record
Unrepresented Parties